In the Matter of the Claim of LUIS HERNANDEZ, Respondent, against HARRY WEINSTOCK et al., Appellants, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

(Argued April 10, 1933; decided April 25, 1933.)

*George I. Gross, Abraham Kaplan, Milton Adler* and *Samuel A. Berger* for Harry Weinstock et al., appellants.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, appellant.

*Herbert F. Diamond* and *Thomas D. Kenney* for Fidelity and Casualty Company of New York, respondent.

*Francis P. Burns* for Luis Hernandez, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.